UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ROBERT L BROWN #133783** | **CASE NO. 5:19-CV-00386 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **POLICE DEPT CITY OF SHREVEPORT ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that defendants' motion for summary judgment [doc. # 32] is **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** this 14th day of August, 2020, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
CHIEF, UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **ROBERT L BROWN #133783** | **CASE NO. 5:19-CV-00386 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **POLICE DEPT CITY OF SHREVEPORT ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

IT IS ORDERED that defendants' motion for summary judgment [doc. # 32] is GRANTED and Plaintiff's claims are DISMISSED with prejudice.

THUS DONE AND SIGNED this _____ day of _____, 2020, in Monroe, Louisiana.

_____

S. MAURICE HICKS, JR.
CHIEF, UNITED STATES DISTRICT JUDGE